Certificate Number: 05781-PAW-DE-037111232

Bankruptcy Case Number: 22-22571



05781-PAW-DE-037111232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 16, 2023</u>, at <u>4:14</u> o'clock <u>PM PST</u>, <u>Jermaine Redman</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>January 16, 2023</u>          By:   <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>