IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) <br> JERMAINE T. REDMAN, ) <br> **Debtor(s)** ) <br> ) <br> AMERICREDIT FINANCIAL SERVICES, INC. ) <br> dba GM FINANCIAL, ) <br> **Movant** ) <br> ) <br> v. ) <br> ) <br> JERMAINE T. REDMAN, ) <br> **Respondent(s)** ) <br> ) <br> RONDA J. WINNECOUR, ) <br> **Trustee** ) <br> ) | Bankruptcy No. 22-22571-CMB <br><br> Chapter 13 <br><br><br> Related To Document No. 28 and 29 <br><br><br><br> **Response Deadline:  3/6/23** <br><br> **Hearing Date:  3/23/23 at 2:30 PM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on February 15, 2023, I served by United States mail, first class, postage prepaid, the Notice Of Zoom Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Jermaine T. Redman <br> 1308 Walnut Street <br> North Versailles, PA 15137 <br> (Debtor) | Rodney D. Shepherd, Esq. <br> River Park Commons <br> 2403 Sidney Street, Suite 208 <br> Pittsburgh, PA 15203 <br> (Attorney For Debtor) |
| Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 <br> (Trustee) | Office of the United States Trustee <br> Liberty Center <br> 1001 Liberty Avenue, Suite 970 <br> Pittsburgh, PA 15222 <br> (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com