IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>JERMAINE T. REDMAN, )<br>**Debtor(s)** ) | Bankruptcy No. 22-22571-CMB |
| ) | Chapter 13 |
| AMERICREDIT FINANCIAL SERVICES, )<br>INC. dba GM FINANCIAL, )<br>**Movant** ) | Related To Document No. 28 |
| )<br>v. ) | |
| ) | **Response Deadline:** 3/6/23 |
| JERMAINE T. REDMAN, )<br>**Respondent(s)** ) | **Hearing Date:** **3/23/23 at 2:30 PM** |
| )<br>RONDA J. WINNECOUR, )<br>**Trustee** )<br>_____ ) | |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, this ___9th___ day of ___March___, 2023, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant AmeriCredit Financial Services, Inc., dba GM Financial is permitted to enforce its rights in the property described as a **2015 Chevrolet Camaro** bearing vehicle identification number 2G1FD1E30F9156800, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_/s/ Carlota M. Böhm_
dmk
UNITED STATES BANKRUPTCY JUDGE

FILED
3/9/23 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22571-CMB |
| Jermaine T. Redman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jermaine T. Redman, 1308 Walnut Street, North Versailles, PA 15137-2109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC bnicholas@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Carvana LLC, c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Jermaine T. Redman rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6