## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 22-22571 CMB |
|     JERMAINE T. REDMAN, | ) |
| | ) Chapter 13 |
| | ) |
|     Debtor. | ) |
| | ) |
| VILLAGE CAPITAL & | ) Docket No. 47 |
| INVESTMENTS, | ) Related to Docket 42, 46 |
| | ) |
|     Movant. | ) |
| | ) Hearing Date & Time: 9/14/2023 at 1:30 p.m. |
|     vs. | ) |
| | ) |
| JERMAINE T. REDMAN AND | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, W.D. | ) |
| PA. | ) |
|     Respondents. | ) |

### DEBTOR'S RESPONSE TO MOVANT'S MOTION FOR RELIEF FROM STAY

AND NOW COMES, Jermaine T. Redman, by and through his attorney Rodney D. Shepherd, who respectfully represents the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Debtor is without sufficiency knowledge to know the accuracy of this statement.

8. Admitted.

9. Admitted. Debtor wishes to do a loan modification in order to make the monthly

Chapter 13 payment more feasible.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Denied.

15. Denied. It is true that there is no equity in the property at this time. However, the Debtor wishes to do a loan modification which both parties will benefit from. This should make the amount of the debt and the value of the property about the same, if not even a little equity.

16. Admitted.

WHEREFORE, Debtor, Jermaine T. Redman prays that this Honorable Court deny the Movant's Motion For Relief From Stay.

Date: 8/30/2023                    By: /s/ Rodney D. Shepherd
                                                   Rodney D. Shepherd, Esquire
                                                   Attorney for the Debtor
                                                   PA I.D. No. 56914
                                                   rodsheph@cs.com

                                                 2403 Sidney Street
                                                 Suite 208
                                                 Pittsburgh, PA 15203
                                                 (412) 471-9670

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor hereby certifies that a true and correct copy of the Debtor's Response to the Movant's Motion For Relief Frm Stay was served on the 30th day of August 2023, by electronic filing, upon the following:

| | |
|---|---|
| Ronda Winnecour, Esquire | KML Law Group |
| Chapter 13 Trustee | c/o Brian Nicholas, Esquire |
| cmecf@chapter13trusteewdpa.com | bnicholas@kmllawgroup.com |

                                  By: /s/ Rodney D. Shepherd
                                      Attorney for the Debtor