PROCEEDING MEMO

Date: 09/14/2023 01:30 pm

In re:   Jermaine T. Redman

Bankruptcy No. 22-22571-CMB
Chapter: 13
Doc. # 42

Appearances:  Denise Carlon
Rodney Shepherd, Esq.
Katz

Nature of Proceeding: #42 Motion for Relief from Automatic Stay by Village Capital & Investment, LLC

re: 1308 Walnut Street, North Versailles, PA, 15137

Additional Pleadings:  #47 Debtor's Response

Outcome: Hearing held. Matter continued to November 16, at 1:30.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
9/15/23 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA