# PROCEEDING MEMO

**Date: 11/16/2023 01:30 pm**

**In re:   Jermaine T. Redman**

**Bankruptcy No. 22-22571-CMB**
**Chapter: 13**
**Doc. # 42**

**Appearances:  Denise Carlon, Esq.**
**Rodney Shepherd, Esq.**
**Ronda Winnecour**

**Nature of Proceeding: # 42 Continued Motion for Relief from Stay re: 1308 Walnut Street, North Versailles, PA,**

**Additional Pleadings: #47 Debtor's Response**

**Outcome: Hearing held. Motion granted. Order entered granting relief from stay.**

**Trustee motion to dismiss the case without prejudice is granted. Order is to be entered.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
11/16/23 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA