Form 309

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Jermaine T. Redman**  :  Case No. 22−22571−CMB
   *Debtor(s)*              :  Chapter: 13
   :
   :
   :
   :
   :
   :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

   *AND NOW,* this ***The 16th of November, 2023,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22571-CMB |
| Jermaine T. Redman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 16, 2023 | Form ID: 309 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jermaine T. Redman, 1308 Walnut Street, North Versailles, PA 15137-2109 |
| 15558713 | | Bridgecrest, 1800 N. Colorado Street, Gilbert, AZ 85233 |
| 15558714 | + | Capital Community Bank/MDG USA, 3422 Old Capital Trail, PMB CC Bank/#1991, Wilmington, DE 19808-6124 |
| 15558728 | + | Village & Capital, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 17 2023 04:58:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 17 2023 04:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | EDI: Q3G.COM | Nov 17 2023 04:58:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15561472 | | EDI: PHINAMERI.COM | Nov 17 2023 04:58:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15558711 | + | Email/Text: bankruptcy@acimacredit.com | Nov 17 2023 00:12:00 | Acima Digital FKA Simple, 9815 S. Monroe Street, Floor 4, Sandy, UT 84070-4384 |
| 15558712 | + | Email/Text: backoffice@affirm.com | Nov 17 2023 00:12:00 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15582956 | + | EDI: MAXMSAIDV | Nov 17 2023 04:58:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville,TX 75403-3001 |
| 15560016 | + | EDI: PHINAMERI.COM | Nov 17 2023 04:58:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15558744 | + | Email/Text: bankruptcy@ccbankutah.com | Nov 17 2023 00:12:00 | Capital Community Bank/MDJ USA, 49 W. University Parkway, Orem, UT 84058-7333 |
| 15558715 | + | EDI: CAPITALONE.COM | Nov 17 2023 04:58:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15563274 | + | EDI: AISACG.COM | Nov 17 2023 04:58:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 15558716 | + | EDI: PHINGENESIS | Nov 17 2023 04:58:00 | Celtic Bank/Continental Finance, 268 S. State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 15558745 | + | Email/Text: cfcbackoffice@contfinco.com | Nov 17 2023 00:11:00 | Celtic Bank/Continental Finance, 4550 New Linden Hill Road, #400, Wilmington, DE 19808-2952 |
| 15558717 | + | EDI: MAXMSAIDV | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 17 2023 04:58:00 | Dept. of Ed/Aidvantage, 1891 Metro Centre Drive, Reston, VA 20190-5287 |
| 15558718 | + | Email/Text: bankruptcy@credencerm.com | Nov 17 2023 00:12:00 | Dish Network, c/o Credence Resource Management, 4222 Trinity Mills Road, Suite 260, Dallas, TX 75287-7666 |
| 15558719 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 17 2023 00:11:00 | FB&T/ Mercury, 700 22nd Avenue South, Brookings, SD 57006-2822 |
| 15558722 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Nov 17 2023 00:11:00 | FIT, c/o Credit Corp Solutions, 121 W. Election Road, Suite 200, Draper, UT 84020-7766 |
| 15558720 | + | EDI: BLUESTEM | Nov 17 2023 04:58:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15558721 | + | EDI: BLUESTEM | Nov 17 2023 04:58:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15558743 | + | EDI: PHINAMERI.COM | Nov 17 2023 04:58:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 15558723 | + | EDI: CCS.COM | Nov 17 2023 04:58:00 | High Point Safety, c/o CCS Collections, 725 Canton Street, Newton, MA 02062-2609 |
| 15559297 | + | Email/Text: inchargehq@westcreekfin.com | Nov 17 2023 00:12:00 | Koalafi, 424 Hull Street Suite 400, Richmond, VA 23224-4114 |
| 15558724 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 00:24:05 | LVNV Funding, 55 Beattie Place, Greenville, SC 29601-5115 |
| 15559694 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 00:54:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15599832 | | EDI: Q3G.COM | Nov 17 2023 04:58:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15576643 | | EDI: Q3G.COM | Nov 17 2023 04:58:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15561481 | | EDI: Q3G.COM | Nov 17 2023 04:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15558725 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Nov 17 2023 00:11:00 | Reflex, c/o Credit Corp Solutions, 121 W. Election Road, Suite 200, Draper, UT 84020-7766 |
| 15558729 | + | EDI: RMSC.COM | Nov 17 2023 04:57:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15558726 | ^ | MEBN | Nov 16 2023 23:58:01 | Synovus/FirstDigital, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15558727 | + | Email/Text: kmattingly@bankofmissouri.com | Nov 17 2023 00:11:00 | The Bank of Missouri, 960 S. Bishop Avenue, Rolla, MO 65401-4415 |
| 15566418 | | Email/Text: bk@villagecapital.com | Nov 17 2023 00:11:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carvana, LLC, c/o AIS Portfolio Services, LLC |
| cr | | VILLAGE CAPITAL & INVESTMENT, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 22-22571-CMB    Doc 57    Filed 11/18/23    Entered 11/19/23 00:27:35    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 16, 2023 | Form ID: 309 | Total Noticed: 36 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bnicholas@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Carvana  LLC, c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Jermaine T. Redman rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6