## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jermaine T. Redman <br><br> Debtor(s) | |
| VILLAGE CAPITAL & INVESTMENT, LLC, its successors and/or assigns <br><br> Movant <br> v. <br> Jermaine T. Redman <br><br> Respondent <br> and <br> Ronda J. Winnecour, Trustee <br><br> Additional Respondent | BK. NO. 22-22571 CMB <br><br> CHAPTER 13 <br><br> Related to Docket #____42____ |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 16th day of November , 2023, at Pittsburgh, upon Motion of VILLAGE CAPITAL & INVESTMENT, LLC, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1308 Walnut Street, North Versailles, PA 15137 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Carlota M. Böhm_    dmk
United States Bankruptcy Judge

FILED
11/16/23 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-22571-CMB

Jermaine T. Redman                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

**Recip ID                    Recipient Name and Address**
db                         +  Jermaine T. Redman, 1308 Walnut Street, North Versailles, PA 15137-2109

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bnicholas@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Carvana  LLC, c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Jermaine T. Redman rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, |

District/off: 0315-2                          User: auto                                Page 2 of 2
Date Rcvd: Nov 16, 2023                       Form ID: pdf900                           Total Noticed: 1

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 6