**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JERMAINE T. REDMAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-22571<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2022 and confirmed on 02/08/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,833.08 |
| Less Refunds to Debtor | 1,892.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,940.54 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,901.49 | |
|     Trustee Fee | 684.61 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,586.10 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   VILLAGE CAPITAL & INVESTMENT LLC | 5,747.92 | 5,747.92 | 0.00 | 5,747.92 |
|     Acct: 0462 | | | | |
|   VILLAGE CAPITAL & INVESTMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0462 | | | | |
|   CARVANA LLC | 23,331.76 | 2,342.05 | 2,264.47 | 4,606.52 |
|     Acct: 0201 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5169 | | | | |
| | | | | 10,354.44 |
| **Priority** | | | | |
|   RODNEY D SHEPHERD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JERMAINE T. REDMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JERMAINE T. REDMAN | 1,892.54 | 1,892.54 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RODNEY SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-22571 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | | |
| | RODNEY D SHEPHERD ESQ | 4,000.00 | 1,901.49 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VILLAGE CAPITAL & INVESTMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0462 | | | | |
| | | ***NONE*** | | | |
| **Unsecured** | | | | | |
| | AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3553 | | | | |
| | AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0190 | | | | |
| | AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0190 | | | | |
| | AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0190 | | | | |
| | ACIMA CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: QQXC | | | | |
| | CAPITAL COMMUNITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX63 | | | | |
| | CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 865.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 8345 | | | | |
| | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3XXX | | | | |
| | LVNV FUNDING LLC | 2,115.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 8768 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR SA | 1,662.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 1188 | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3095 | | | | |
| | CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC | 910.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 6324 | | | | |
| | CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNOVUS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4614 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 842.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 1771 | | | | |
| | KOALAFI | 1,018.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 3553 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1945 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 22-22571 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | | 10,354.44 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        29,079.68
UNSECURED       7,415.61

Date: 02/02/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com